33 A.3d 601

James D. SCHNELLER, Petitioner

v.

PROTHONOTARY OF the SUPREME COURT OF PENNSYLVANIA, Respondent.

No. 106 MM 2011.

Supreme Court of Pennsylvania.

Dec. 6, 2011.

## ORDER

PER CURIAM.

AND NOW, this 6th day of December, 2011, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the "Emergency Applica-

tion for Temporary Restraining Order and Injunction" are **DENIED.**